IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:13-CR-306-1H
NO. 5:13-CR-306-2H

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| DERRICK LYNDON WOOTEN | ) |
| AMBER RENEE VANCE | ) |

**FINAL ORDER OF FORFEITURE**

WHEREAS, on April 9, 2014, this Court entered a Preliminary Order of Forfeiture pursuant to the provision of 18 U.S.C. § 1028(b), based upon the defendants pleading guilty to 18 U.S.C. § 1028(a)(3), and Consents to Forfeiture entered into by the defendants on April 9, 2014, agreeing to the forfeiture of the property listed in the April 9, 2014 Preliminary Order of Forfeiture, to wit:

**Personal Property**

(a) A Ruger model SR9 9mm caliber semi-automatic pistol bearing Serial Number 331-70458, and any and all accompanying ammunition; and
(b) A Jimenez Arms model J.A. 380 .380 caliber semi-automatic pistol bearing Serial Number 123689, and any and all accompanying ammunition;

AND WHEREAS, in accordance with Supplemental Rule G(4)((i)(A), the Government has provided direct notice to any potential claimant, if any has been identified.

1

AND WHEREAS, it appears from the record that no claims, contested or otherwise, have been filed for any of the properties described in this Court's April 9, 2014 Preliminary Order of Forfeiture;

It is HEREBY ORDERED, ADJUDGED and DECREED:

1. That the property listed in the April 9, 2014 Preliminary Order of Forfeiture is hereby forfeited to the United States. That the United States is directed to dispose of the property according to law.

The Clerk is hereby directed to send copies of this Order to all counsel of record.

SO ORDERED this __1st__ day of July 2014.

_____
MALCOLM J. HOWARD
SENIOR UNITED STATES DISTRICT JUDGE

2